UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

HERMILIO GARCIA-MORALES,

        Defendant.

**INDICTMENT**

The Grand Jury charges:

### Alien Reentry

On or about June 3, 2014, in Ottawa County, in the Western District of Michigan, Southern Division,

HERMILIO GARCIA-MORALES,

being an alien who had previously been removed, was found in the United States without having obtained the express prior consent of the Attorney General or the Secretary of Homeland Security to return or reapply for admission.

8 U.S.C. § 1326(a)

A TRUE BILL

_____
GRAND JURY FOREPERSON

PATRICK A. MILES, JR.
United States Attorney

_____
DONALD DANIELS
Assistant United States Attorney