## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. | HERMILIO GARCIA-MORALES | | DISTRICT JUDGE: | Robert Holmes Bell |
|---|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:14-CR-109 | 9/19/14 | 9:10 - 9:25 a.m. | Grand Rapids | Ellen Donohue |

### APPEARANCES

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Donald Daniels | Sean Tilton | FPD Appointment |

### TYPE OF HEARING
- ☐ Arraignment:
  - ☐ mute   ☐ nolo contendre
  - ☐ not guilty   ☐ guilty
- ☐ Final Pretrial Conference
- ☐ Detention   (waived ___)
- ☐ Motion Hearing
- ☐ Revocation/SRV/PV
- ☐ Bond Violation
- ☐ Change of Plea
- ✓ Sentencing
- ☐ Trial
- ☐ Other: ___

### DOCUMENTS
- ☐ Defendant's Rights
- ☐ Waiver of Indictment
- ☐ Other: ___

Court to Issue:
- ☐ Order of Detention
- ☐ Notice of Sentencing
- ☐ Order Appointing Counsel
- ✓ Other: Judgment

### CHANGE OF PLEA
Charging Document:
- ☐ Read   ☐ Reading Waived

Guilty Plea to Count(s) ___
of the ___

Count(s) to be dismissed at sentencing: ___

- ☐ Presentence Report Ordered
- ☐ Presentence Report Waived
- ☐ Plea Accepted by the Court
- ☐ Plea Taken under Advisement
- ☐ No Written Plea Agreement

### SENTENCING

| | |
|---|---|
| Imprisonment: 6 months | Plea Agreement Accepted: ☐ Yes ☐ No |
| Probation: | Defendant informed of right to appeal: ✓ Yes ☐ No |
| Supervised Release: None | Counsel informed of obligation to file appeal: ✓ Yes ☐ No |
| Fine: $ | Conviction Information: |
| Restitution: $ | Date: 7/1/14 |
| Special Assessment: $ Remitted | By: Plea |
| | As to Count (s): Indictment |

**ADDITIONAL INFORMATION:**

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Kevin Gaugier | **Case Manager:** S. Bourque |